· OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**OFFICIAL BUSINESS**
**STATE OF TEXAS**
**PENALTY FOR**
**PRIVATE USE**

12/17/2014



02 1M        $ 00.26⁵
0004279596    DEC 18  2014
MAILED FROM ZIP CODE 78701
WR-34,148-02

CARPENTER, JACKIE LEE   Tr. Ct. No. F1118291-A

This is to advise that the Court has denied without written order the application for writ of habeas corpus on the findings of the trial court without a hearing.

Abel Acosta, Clerk

JACKIE LEE CARPENTER
TERRELL UNIT - TDC # 1810862
1300 FM 655
ROSHARON, TX 77583                    R E F

M3B 77583